# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2921

State of Arkansas, et al.

Appellees

v.

United States Department of Education, et al.

Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00636-RWS)

---

## ORDER

Appellants' motion for an extension of time to file the brief is granted. Appellants may

have until November 18, 2024 to file the brief and the appendix.


October 03, 2024


Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Maureen W. Gornik