# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Matthew Brooks Borden |
| **cc:** | Philip J. Axt |
| | Clayton Louis Bailey |
| | Nicholas J. Bronni |
| | Laura Faer |
| | Henry Frampton |
| | Kaitlyn A. Golden |
| | Dylan L. Jacobs |
| | Lincoln J. Korell |
| | Charles David McGuigan |
| | Steven A. Myers |
| | Edward Nugent |
| | David Peters |
| | Christina Riehl |
| | Rachel Rouleau |
| | Jonathan Andrew Scruggs |
| | Hannah M. Solomon-Strauss |
| | Natalie D. Thompson |
| | Elizabeth Tulis |
| | Jacob P. Warner |
| **FROM:** | Clifford R. Jackson |
| **DATE:** | December 05, 2024 |
| **RE:** | 24-2921  State of Arkansas, et al v. EDUC, et al |

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiency shown below. Your brief cannot be filed until the defect is corrected. Please correct the defect within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

____X____ Please list the names of the individual organizations on the cover page as filing the brief as opposed to "Organizations Serving Pregnant and Parenting Students," and please indicate whether the brief supports affirmance or reversal.

Again, your brief cannot be filed until you correct the defect. Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.