No. 24-2921

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

STATE OF ARKANSAS ET AL.,
     PLAINTIFFS-APPELLEES,

v.

U.S. DEPARTMENT OF EDUCATION ET AL.,
     DEFENDANTS-APPELLANTS.

On Appeal from the United States District Court
for the Eastern District of Missouri
Case No. 4:24-cv-00636-RWS

**CORRECTED CERTIFICATE OF SERVICE**

| | |
|---|---|
| ROB BONTA<br> *Attorney General of California* | By: EDWARD W. NUGENT<br> CHRISTINA M. RIEHL<br> *Deputy Attorneys General* |
| MATTHEW J. PLATKIN<br> *Attorney General of New Jersey* |  LAURA L. FAER<br> *Supervising Deputy Attorney General*<br>California Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>(415) 229-0113<br>Edward.Nugent@doj.ca.gov<br><br>*Attorneys for Amicus Curiae* |

1

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 1515 Clay Street, 20th floor, Oakland, CA 94612.

On December 5, 2024, I served the attached:

- **Brief of Amici Curiae California, New Jersey, Colorado, Connecticut, Delaware, District Of Columbia, Hawai'I, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington In Support of Defendants-Appellants and Reversal**

by placing a true and correct copy enclosed in a sealed envelope with Federal Express courier, addressed as follows:

**SEE ATTACHED SERVICE LIST.**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 5, 2024, at Oakland, California.

*/s/ Ryan Mallard*

RYAN MALLARD

# SERVICE LIST

| PARTIES | COUNSEL |
|---|---|
| *Plaintiffs – Appellees*<br><br>State of Arkansas<br>State of Missouri<br>State of Iowa<br>State of Nebraska<br>State of North Dakota<br>State of South Dakota<br>A.F., a minor, by Sara Ford, her mother | Nicholas J. Bronni<br>Dylan L. Jacobs<br>Assistant Solicitor General<br>**ATTORNEY GENERAL'S OFFICE**<br>Firm: 501-682-2007<br>200 Catlett-Prien Building<br>323 Center Street<br>Little Rock, AR 72201-0000 |
| *Plaintiff – Appellee*<br><br>State of Nebraska | Lincoln J. Korell<br>Assistant Solicitor General<br>Direct: 402-471-2683<br>**ATTORNEY GENERAL'S OFFICE**<br>Civil Litigation<br>Firm: 402-471-2682<br>2115 State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-0000 |
| *Plaintiff – Appellee*<br><br>State of North Dakota | Philip J. Axt, Assistant Attorney General<br>Direct: 701-328-2210<br>**ATTORNEY GENERAL'S OFFICE**<br>600 E. Boulevard Avenue<br>Bismarck, ND 58505-0000 |
| *Plaintiff – Appellee*<br><br>State of South Dakota | Charles David McGuigan<br>Direct: 605-773-3215<br>[NTC Asst. Atty General]<br>**ATTORNEY GENERAL'S OFFICE**<br>Suite 1<br>1302 E. Highway 14<br>Pierre, SD 57501-8501 |
| *Plaintiff – Appellee*<br><br>A.F., a minor, by Sara Ford, her mother | Henry Frampton<br>Jonathan Andrew Scruggs<br>Jacob P. Warner |

| | |
|---|---|
| | **ALLIANCE DEFENDING FREEDOM**<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br><br>Rachel Rouleau<br>**ALLIANCE DEFENDING FREEDOM**<br>Firm: 480-444-0020<br>44180 Riverside Parkway<br>Lansdowne, VA 20176<br><br>Natalie D. Thompson<br>Direct: 202-393-8690<br>**ALLIANCE DEFENDING FREEDOM**<br>Suite 600<br>440 First Street, N.W.<br>Washington, DC 20001 |
| *Defendants – Appellants*<br><br>United States Department of Education<br><br>Miguel Cardona, in his official capacity as Secretary of the United States Department of Education<br><br>Catherine E. Lhamon, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education<br><br>Randolph Wills, in his official capacity as Deputy Assistant Secretary for Enforcement at the United States Department of Education | Clayton Louis Bailey<br>Hannah M. Solomon-Strauss<br>Elizabeth Tulis<br>Direct: 202-598-1226<br>**U.S. DEPARTMENT OF JUSTICE**<br>Federal Programs<br>1100 L Street N.W.<br>Washington, DC 20005<br><br>Steven A. Myers<br>Direct: 202-305-8648<br>**U.S. DEPARTMENT OF JUSTICE**<br>Civil Division<br>Room 7232<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0000<br><br>David Peters<br>Direct: 202-514-1673<br>**U.S. DEPARTMENT OF JUSTICE**<br>Civil Division |

| | |
|---|---|
| | Room 7209<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0000 |
| *Amicus on Behalf of Defendants-Appellants*<br><br>National Women's Law Center<br><br>Bend the Arc: A Jewish Partnership for Justice<br><br>Clearinghouse on Women's Issues<br><br>Collective Power for Reproductive Justice<br><br>Desiree Alliance<br><br>Education Law Center Pennsylvania<br><br>Equality California<br><br>If/When/How: Lawyering for Reproductive Justice<br><br>National Association of Social Workers<br><br>National Network To End Domestic Violence<br><br>National Organization for Women Foundation<br><br>National Women's Political Caucus<br><br>People for the American Way Foundation | Kaitlyn A. Golden<br>Direct: 202-448-9090<br>**DEMOCRACY FORWARD FOUNDATION**<br>P.O. Box 34553<br>Washington, DC 20043 |

| | |
|---|---|
| Planned Parenthood<br><br>Public Counsel<br><br>Reproaction<br>SisterLove, Inc.<br><br>Stop Sexual Assault in Schools<br><br>The Trevor Project, Inc.<br><br>The Womxn Project<br><br>Tom Homann LGBTQ+ Law Association<br><br>Women's Law Project<br><br>Women's Bar Association of the District of Columbia | |
| *Amicus on Behalf of Defendants-Appellants*<br><br>State of Colorado | PHILIP J. WEISER<br>Attorney General<br>State of Colorado<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| *Amicus on Behalf of Defendants-Appellants*<br><br>State of Delaware | KATHLEEN JENNINGS<br>Attorney General<br>State of Delaware<br>820 N. French Street<br>Wilmington, DE 19801 |
| *Amicus on Behalf of Defendants-Appellants*<br><br>State of Connecticut | WILLIAM TONG<br>Attorney General<br>State of Connecticut<br>165 Capitol Avenue<br>Hartford, CT 06106 |
| *Amicus on Behalf of Defendants-Appellants*<br><br>District of Columbia | BRIAN L. SCHWALB<br>Attorney General<br>District of Columbia<br>400 6th Street N.W., Suite 8100<br>Washington, DC 20001 |

| | |
|---|---|
| *Amicus on Behalf of Defendants-Appellants*<br><br>State of Hawaii | ANNE E. LOPEZ<br>Attorney General<br>State of Hawaiʻi<br>425 Queen Street<br>Honolulu, Hawaiʻi, 96813 |
| *Amicus on Behalf of Defendants-Appellants*<br><br>State of Illinois | KWAME RAOUL<br>Attorney General<br>State of Illinois<br>115 South LaSalle Street<br>Chicago, IL 60603 |
| *Amicus on Behalf of Defendants-Appellants*<br><br>State of Maine | AARON M. FREY<br>Attorney General<br>State of Maine<br>6 State House Station<br>Augusta, ME 04333-0006 |
| *Amicus on Behalf of Defendants-Appellants*<br><br>Commonwealth of Massachusetts | ANDREA JOY CAMPBELL<br>Attorney General<br>Commonwealth of Massachusetts<br>One Ashburton Place<br>Boston, MA 02108 |
| *Amicus on Behalf of Defendants-Appellants*<br><br>State of Maryland | ANTHONY G. BROWN<br>Attorney General<br>State of Maryland<br>200 Saint Paul Place<br>Baltimore, MD 21202 |
| *Amicus on Behalf of Defendants-Appellants*<br><br>State of Michigan | DANA NESSEL<br>Attorney General<br>State of Michigan<br>P.O. Box 30212<br>Lansing, Michigan 48909 |
| *Amicus on Behalf of Defendants-Appellants*<br><br>State of Minnesota | KEITH ELLISON<br>Attorney General<br>State of Minnesota<br>102 State Capitol<br>75 Rev. Dr. Martin Luther King Jr. Blvd.<br>St. Paul, MN 55155 |
| *Amicus on Behalf of Defendants-Appellants* | AARON D. FORD<br>Attorney General |

| | |
|---|---|
| State of Nevada | State of Nevada<br>100 North Carson Street<br>Carson City, NV 89701 |
| *Amicus on Behalf of Defendants-Appellants*<br><br>State of New York | LETITIA JAMES<br>Attorney General<br>State of New York<br>28 Liberty Street<br>New York, NY 10005 |
| *Amicus on Behalf of Defendants-Appellants*<br><br>Commonwealth of Pennsylvania | MICHELLE A. HENRY<br>Attorney General<br>Commonwealth of Pennsylvania<br>Strawberry Square<br>Harrisburg, PA 17120 |
| *Amicus on Behalf of Defendants-Appellants*<br><br>State of Vermont | CHARITY R. CLARK<br>Attorney General<br>State of Vermont<br>109 State Street<br>Montpelier, Vermont 05609-1001 |
| *Amicus on Behalf of Defendants-Appellants*<br><br>State of Oregon | ELLEN F. ROSENBLUM<br>Attorney General<br>State of Oregon<br>1162 Court Street NE<br>Salem, OR 97301 |
| *Amicus on Behalf of Defendants-Appellants*<br><br>State of Rhode Island | PETER F. NERONHA<br>Attorney General<br>State of Rhode Island<br>150 South Main Street<br>Providence, RI 02903 |
| *Amicus on Behalf of Defendants-Appellants*<br><br>State of Washington | ROBERT W. FERGUSON<br>Attorney General<br>State of Washington<br>P.O. Box 40100<br>Olympia, WA 98504 |