# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2921

State of Arkansas, et al.

Appellees

v.

United States Department of Education, et al.

Appellants

------------------------------

State of California, et al.

Amici on Behalf of Appellant(s)

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00636-RWS)

___

**ORDER**

Appellees' motion for extension of time to file the brief is granted. Appellees may have until January 21, 2025 to file the brief.

December 10, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

___

/s/ Maureen W. Gornik