No. 24-2921

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

STATE OF ARKANSAS; STATE OF MISSOURI; STATE OF IOWA; STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF SOUTH DAKOTA; A.F., a minor, by SARA FORD, her mother,

Plaintiffs-Appellees,

v.

UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education; CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; RANDOLPH WILLS, in his official capacity as Deputy Assistant Secretary for Enforcement at the United States Department of Education,

Defendants-Appellants.

On Appeal from the United States District Court
for the Eastern District of Missouri
No. 4:24-cv-636 (Hon. Rodney W. Sippel)

**Unopposed Motion for Extension of Time to File Appellees' Brief**

Plaintiffs-Appellees respectfully request a 30-day extension of time to file their response brief. Defendants-Appellants do not oppose this request. Plaintiffs' brief is currently due on January 21, 2025, following a previous 30-day extension this Court granted.

A further 30-day extension of that deadline is reasonable and necessary. First, former Arkansas Solicitor General Nicholas Bronni was appointed to the

Arkansas Supreme Court earlier this month. Two additional staff members in the Solicitor General division have likewise left the Office of the Attorney General. This has required a considerable reassignment of responsibilities within the division.

And extension is also warranted due to counsel's other upcoming professional obligations. Counsel is responsible for a number of pending appellate filings in the coming weeks in the state and federal courts. These competing deadlines necessitate additional time in preparing Plaintiffs' response brief in this matter.

For these reasons, a 30-day extension, up to and including February 20, 2025, would materially assist Plaintiffs in preparing their brief. Plaintiffs have conferred with Defendants, and Defendants do not oppose the requested extension. Therefore, Plaintiffs respectfully request that the Court grant this unopposed motion for a 30-day extension of the deadline for filing their response brief.

Respectfully submitted,

| | |
|---|---|
| TIM GRIFFIN<br>Arkansas Attorney General | ANDREW BAILEY<br>Missouri Attorney General |
| */s/ Dylan L. Jacobs*<br>Dylan L. Jacobs<br> Interim Solicitor General<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR  72201<br>Telephone: (501) 682-2007<br>Fax: (501) 683-2520<br>dylan.jacobs@arkansasag.gov<br><br>*Counsel for State of Arkansas* | */s/ Joshua M. Divine*<br>Joshua M. Divine<br>  Solicitor General<br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel. (573) 751-1800<br>Fax. (573) 751-0774<br>josh.divine@ago.mo.gov<br><br>*Counsel for State of Missouri* |

BRENNA BIRD
Iowa Attorney General

/s/ *Eric H. Wessan*
Eric H. Wessan
Solicitor General
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*

DREW H. WRIGLEY
North Dakota Attorney General

/s/ *Katie L. Carpenter*
Katie L. Carpenter
*Deputy Solicitor General*
North Dakota Office of the Attorney General
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Telephone: (701) 328-2210
Email: katcarpenter@nd.gov

*Counsel for State of North Dakota*

MICHAEL T. HILGERS
Nebraska Attorney General

/s/ *Lincoln J. Korell*
Lincoln J. Korell
Assistant Solicitor General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
lincoln.korell@nebraska.gov

*Counsel for State of Nebraska*

MARTY J. JACKLEY
South Dakota Attorney General

/s/ *Charles D. McGuigan*
Charles D. McGuigan
Deputy Attorney General
Office of the Attorney General
1302 E. Hwy. 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Facsimile: (605) 773-4106
charles.mcguigan@state.sd.us

*Counsel for State of South Dakota*

Jonathan A. Scruggs
Arizona Bar No. 030505
Henry W. Frampton, IV
South Carolina Bar No. 75314
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

Rachel A. Rouleau
Virginia Bar No. 97783
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-2119
(571) 707-4790 Fax
rrouleau@ADFlegal.org

Natalie D. Thompson**
TX Bar No. 24088529
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

*Counsel for A.F.*

*s/ Brad L. Blake*
Brad L. Blake
Missouri Bar No. 38340
Fellows & Blake, L.C.
13421 Manchester Road, Suite 105
St. Louis, MO 63131
(314) 725-1600
(314) 725-1609 Fax
bblake@fellowsblakelaw.com

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 196 words, excluding the parts exempted by Fed. R. App. P. 32(f).

Pursuant to Fed. R. App. P. 27(d)(1)(E), I also certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in a 14-point Times New Roman, a proportionally spaced typeface, using Microsoft Word.

I further certify that this PDF file was scanned for viruses, and no viruses were found on the file.

*/s/ Dylan L. Jacobs*
Dylan L. Jacobs

**CERTIFICATE OF SERVICE**

I certify that on January 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

*/s/ Dylan L. Jacobs*
Dylan L. Jacobs