# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| STATE OF ARKANSAS, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, et al., <br><br> Defendants-Appellants. | No. 24-2921 |

## JOINT STIPULATION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby stipulate to dismiss this appeal, with each party to bear its own costs.

                                                                                        Respectfully submitted,

/s/ *Asher Steinberg*                                          YAAKOV M. ROTH
ASHER STEINBERG                                 *Acting Assistant Attorney General*
   *Senior Assistant Solicitor General*              MELISSA N. PATTERSON
   *Attorney General's Office*                      /s/ *David L. Peters*
   *200 Catlett-Prien Building*                   JACK STARCHER
   *323 Center Street*                              STEVEN A. MYERS
   *Little Rock, AR 72201*                        DAVID L. PETERS
   *(501) 682-1051*                                    *Attorneys, Appellate Staff*
                                                                *Civil Division, Room 7209*
                                                                *U.S. Department of Justice*
                                                                *950 Pennsylvania Avenue NW*
                                                                *Washington, DC 20530*
                                                                *(202) 514-1673*

# CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                         */s/ David L. Peters*
                                         David L. Peters

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this filing complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 24 words, according to Microsoft Word.

*/s/ David L. Peters*
David L. Peters
