# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-2921
_____

State of Arkansas; State of Missouri; State of Iowa; State of Nebraska; State of North Dakota; State of South Dakota; A.F., a minor, by Sara Ford, her mother

Plaintiffs - Appellees

v.

United States Department of Education; Miguel Cardona, in his official capacity as Secretary of the United States Department of Education; Catherine E. Lhamon, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; Randolph Wills, in his official capacity as Deputy Assistant Secretary for Enforcement at the United States Department of Education

Defendants - Appellants

------------------------------

State of California; State of New Jersey; State of Colorado; State of Connecticut; State of Delaware; District of Columbia; State of Hawaii; State of Illinois; State of Maine; State of Maryland; State of Massachusetts; State of Michigan; State of Minnesota; State of Nevada; State of New York; State of Oregon; State of Pennsylvania; State of Rhode Island; State of Vermont; State of Washington; National Women's Law Center; Bend the Arc: A Jewish Partnership for Justice; Clearinghouse on Women's Issues; Collective Power for Reproductive Justice; Desiree Alliance; Education Law Center Pennsylvania; Equality California; If/When/How: Lawyering for Reproductive Justice; National Association of Social Workers; National Network To End Domestic Violence; National Organization for Women Foundation; National Women's Political Caucus; People for the American Way Foundation; Planned Parenthood; Public Counsel; Reproaction; SisterLove, Inc.; Stop Sexual Assault in Schools; The Trevor Project, Inc.; The Womxn Project; Tom Homann LGBTQ+ Law Association; Women's Law Project; Women's Bar Association of the District of Columbia; Justice + Joy National Collaborative; Mommies in the D; Generation Hope; U.S. Breastfeeding Committee; National Nurse-Led Care Consortium

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00636-RWS)

---

**JUDGMENT**

The parties have filed a joint stipulation for dismissal. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

March 14, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler