# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2921

State of Arkansas, et al.

Appellees

v.

United States Department of Education, et al.

Appellants

------------------------------

State of California, et al.

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00636-RWS)
_____

## MANDATE

In accordance with the judgment of March 14, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 14, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit